UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD DANE JEFFUS,

    Petitioner,

v.                                                      6:10-cv-1174-Orl-28DAB

ATTORNEY GENERAL FOR THE STATE
OF FLORIDA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR JUDGEMENT ON THE PLEADINGS (Doc. No. 14)** |
| **FILED:** | March 18, 2011 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |

The petition, response, and reply will be taken under advisement by the Court

and an order will be entered thereon.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 22 day of March, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 3/21
Counsel of Record
Edward Dane Jeffus