UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD DANE JEFFUS,

    Petitioner,

v.                                                             6:10-cv-1174-Orl-28DAB

ATTORNEY GENERAL FOR THE STATE
 OF FLORIDA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

| MOTION: | PETITIONER'S MOTION TO REMAND AND TO APPOINT COUNSEL (Doc. No. 20) |
|---|---|
| FILED: | July 25, 2011 |
| THEREON it is ORDERED that the motion(s) is DENIED. | |

**DONE AND ORDERED** in Chambers in Orlando, Florida, this __26__ day of July, 2011.

                                                JOHN ANTOON II
                                                UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/25
Counsel of Record
Edward Dane Jeffus